IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

XAVIER FLORES,

     Plaintiff,                                          JUDGMENT IN A CIVIL CASE

v.                                                                    13-cv-115-bbc

DAVID PETRAEUS and
HILLARY RODHAM CLINTON,

     Defendants.

     This action came for consideration before the court with District Judge Barbara
B. Crabb presiding.  The issues have been considered and a decision has been
rendered.

     IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this

case for failure to state a claim upon which relief may be granted.

| /s/ | 3/28/2013 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |